

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| Heriberto Salas, Individually and d/b/a Iceland Refrigeration, | § | No. 08-15-00383-CV |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | County Court at Law No. 5 |
| v. | | |
|  | § | of El Paso County, Texas |
| Total Air Services, LLC., | | |
|  | § | (TC# 2012DCV03672) |
| Appellee. | | |
|  | § | |

**O R D E R**

The Court GRANTS the Appellee's fourth motion for extension of time within which to file the brief until **December 9, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Cori A. Harbour-Valdez, the Appellee's, attorney, prepare the Appellee's brief and forward the same to this Court on or before December 9, 2016.

IT IS SO ORDERED this 23rd day of November, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.